# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-1768-SKC

**JAMIS COMPANIES, INC.**,

Plaintiff,

v.

**OWNERS INSURANCE COMPANY**,

Defendant.

---

**PLAINTIFF'S RETAINED EXPERT DISCLSOURES**

---

Plaintiff, JAMIS Companies, Inc. ("JAMIS" or "Plaintiff"), by and through its counsel of record, Furtado Law PC, hereby submits it expert disclosures pursuant to F.R.C.P. 26(a)(2):

**I. RETAINED EXPERTS**

Chris A. Johnson, Highbanks Insurance Professionals, 318 S. Broadleigh Rd., Columbus, OH 43209, (614) 315-8926.

1. Mr. Johnson's Curriculum Vitae is attached hereto as Exhibit 1.

2. A list of documents reviewed by Mr. Johnson is attached hereto as Exhibit 2.

3. Mr. Johnson's Fee Schedule is attached hereto as Exhibit 3.

4. Mr. Johnson's Expert Witness Case List is attached hereto as Exhibit 4.

5. Mr. Johnson's Report is attached hereto as Exhibit 5.

6. Mr. Johnson is being designated as an expert in insurance claims adjustment, insurance industry standard practices, insurance policy interpretation, building code enforcement, scope repair, and cost estimating.

7. Mr. Johnson will testify to his professional opinion regarding Defendant's claims handling practices in this case related to Plaintiff's May 8, 2017 hail loss and claim for insurance benefits.

8. Mr. Johnson is expected to testify in accordance with his expert report, with his deposition testimony, if any, and in rebuttal. Counsel for Plaintiff has prepared this disclosure and it represents Plaintiff's counsel's good faith belief of Mr. Johnson's opinions to date which are based upon information currently available. It is not intended to represent a verbatim summary of Mr. Johnson's testimony. Plaintiff reserves the right to supplement the opinions of Mr. Johnson upon receipt of any discovery from Defendant, and upon the completion of any discovery depositions, including the depositions of the parties, any lay witnesses and any expert witnesses endorsed by Plaintiff. The basis of Mr. Johnson's opinions to date are based upon Mr. Johnson's review of documents from Plaintiff and Defendant as well as Mr. Johnson's education, knowledge, training, and experience.

Respectfully submitted this 13th of January 2020.

*/s/Anna R. Bloomer*
Anna R. Bloomer, Esq.
Furtado Law P.C.
3773 Cherry Creek Drive North
Suite 755
Denver, CO 80209
Telephone No.: (303) 755-2929
Email:anna@furtadolaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January 2020, I electronically mailed the foregoing Plaintiff's Retained Expert Disclosures and Exhibits to the following addresses:

Adam Patrick O'Brien
Christopher Michael Unger
Wells Anderson & Race LLC
1700 Broadway
Suite 1020
Denver, CO 80290-1001
303-830-1212
303-830-0898 (fax)
aobrien@warllc.com
cunger@warllc.com

*/s/Anna R. Bloomer*