# EXHIBIT A
# DEFENDANT'S INITAL DISCLOSURE CERTIFICATE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-1768-SKC

JAMIS COMPANIES, INC.,

Plaintiff,

v.

OWNERS INSURANCE COMPANY,

Defendant.

---

**DEFENDANT OWNERS INSURANCE COMPANY'S**
**INITIAL EXPERT DISCLOSURES**

---

Defendant Owners Insurance Company ("Defendant" or "Owners"), by and through its attorneys Adam P. O'Brien and Christopher M. Unger of Wells, Anderson & Race, LLC, hereby submits its Expert Disclosures pursuant to Fed. R. Civ. P. 26(a)(2) as follows:

Defendant's expert disclosures are submitted in rebuttal to Plaintiff's expert disclosures and Plaintiff's claims for which Defendant does not bear the burden of proof.

I. **<u>Rule 26(a)(2)(B) Experts (Retained or Specially Employed)</u>**

JS Held, LLC
Jeffrey E. Anderson, A.I.A., LEED AP
8000 E. Maplewood Avenue, Suite 125
Greenwood Village, CO 80111
(720) 535-9605

J.S. Held, LLC was retained to inspect the property at issue and evaluate the property for appropriate repair and cost of repair. JS Held reviewed the documents that have been produced by the parties in this case, including the previous cost of repair estimates. The basis of opinions and the facts or data considered are set forth in the report, attached as **Exhibit A**.

Mr. Anderson is a licensed architect who specializes in forensic evaluation of existing buildings, including for moisture intrusion, weather-related damage, construction defects or other forms of post-construction distress. Mr. Anderson will provide expert testimony at trial consistent with the contents of his report, **Exhibit A**, and deposition testimony, if any. He may also review additional documents and depositions, as they are made available during the discovery of this case, which may generate additional expert opinion testimony. Attached hereto as **Exhibit B** is a copy of Mr. Anderson's Curriculum Vitae. Attached hereto as **Exhibit C** is a list of the cases in which Mr. Anderson has testified in trial or depositions. Attached hereto as **Exhibit D** is a copy of Mr. Anderson's fee schedule. Mr. Anderson may rely on any portion of his expert file at trial, including the photographs of the property being submitted with Mr. Anderson's report. Mr. Anderson may rely on any portion of his file materials as exhibits or demonstratives.

Counsel will be provided a link to download the exhibits to this disclosure.

## II. <u>Rule 26(a)(2)(C) Experts (Non-Retained)</u>

1. Mr. Geoff Page
   Owners Insurance Company
   c/o undersigned counsel

Mr. Page is expected to testify regarding Owners' handling of Plaintiff's insurance claim, payments made to Plaintiff, communications and documents provided to Owners Insurance Company, communications with Plaintiff, Plaintiff's contractors, and City of Lakewood Building Inspectors, and issues pertaining to Plaintiff's insurance policy with Owners Insurance Company. Owners' claim file may be found in Owners' Initial Rule 26(a)(1) disclosures documents, previously disclosed and bates labeled as AUTOJAMIS 000001 – 000569. A copy of the pertinent insurance policy has been disclosed at AUTOJAMIS 000001 – 000144.

Mr. Page is expected to opine that Owners' investigation, handling, adjustment, and payment of Plaintiff's insurance claim was reasonable and within the industry standard. Mr. Page is also expected to testify that Owners complied with the applicable insurance policy and did not unreasonably delay or deny Plaintiff's claim. Mr. Page is also expected to testify that Owners did not knowingly or recklessly disregard the validity of Plaintiff's insurance claim. Mr. Page is expected to testify in rebuttal to Plaintiff's expert Chris Johnson, if Mr. Johnson is permitted to testify by the Court.

Mr. Page is also expected to testify regarding his background, education, qualifications, and experience, including as an insurance claim handler, which form the basis of his opinions in this case. Mr. Page may provide opinions consistent with any deposition, in connection with new information learned or provided, and in rebuttal to

any witnesses, including experts listed or called by Plaintiff. Mr. Page may use any portion of the claim file, which has been produced, or summaries thereof as exhibits at trial.

2. Representative of independent adjuster Catastrophe Specialists, Inc., including John Chapman ("CSI"). CSI is expected to testify regarding its investigation of the property and claim at issue, including its reports and cost of repair estimates, which were previously disclosed and produced. CSI is expected to testify that its investigation and evaluation of the claim and associated property damage and cost of repair was reasonable, without delay, and within industry standard.

3. Any expert witness listed, endorsed, or called by the Plaintiff.

4. Any expert witness necessary for foundation, authentication, impeachment or rebuttal.

Defendant reserves all rights to amend or supplement these disclosures and its expert reports.

Respectfully submitted this 28th day of February, 2020.

*S/ Adam P. O'Brien*
Adam P. O'Brien
Christopher M. Unger
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Telephone: (303) 830-1212
E-mail: aobrien@warllc.com
cunger@warllc.com
*Attorneys for Defendant Owners Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have on February 28, 2020, served the foregoing **DEFENDANT OWNERS INSURANCE COMPANY'S INITIAL EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)** to the following:

Anna R. Bloomer, Esq. (anna@furtadolaw.com)
Furtado Law PC
3773 Cherry Creek North Drive, Suite 755
Denver, CO 80209
*Attorneys for Plaintiff*

*S/ Bettye Gadison*
E-mail:bgadison@warllc.com