**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-1768-SKC

**JAMIS COMPANIES, INC.,**

Plaintiff,

v.

**OWNERS INSURANCE COMPANY,**

Defendant.

---

**ORDER RE: PLAINTIFF'S MOTION TO PRECLUDE TESTIMONY OF J.S. HELD, LLC**

---

The Court, having reviewed Plaintiff's Motion to Preclude Testimony of J.S. Held, LLC, the Court hereby grants the Motion for the reasons set forth by Plaintiff.

SO ORDERED.

Dated: ________________, 2020

______________________________
United States District Court Judge